TRIANGLE MANAGEMENT CORP., Respondent, v. MITCHELL MOGAL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

CLAIR WOLD, an Infant, by DAVE WOLD, Her Guardian ad Litem, and DAVE WOLD, Plaintiffs, v. RUBIN GROZALSKY, Respondent; FANNIE MICHAELSON, Defendant, and JENNIE BLINDERMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

CHARLES ZACH and Another, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for a stay denied, without costs. Motion for leave to appeal to the Appellate Division denied, without costs. Present— Hagarty, Carswell, Davis, Adel and Taylor, JJ.

EDWARD G. FISCHER, as Ancillary Administrator C. T. A., etc., of SARAH F. BARNES, Deceased, Respondent, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Temporary Administrators, etc., of MAX LIPPMAN, Deceased, LEA R. SACHS, Individually and as Executrix, etc., of NATHAN I. SACHS, Deceased, BARBARA SACHS (an Infant under the Age of Fourteen Years), RAY SACHS, LILLIAN K. SACHS and JACOB SACHS, Appellants, and Others, Defendants.— Order denying motion for leave to amend answers affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

WILLIAM F. HELLER, Respondent, v. PEPSI-COLA COMPANY, CHARLES G. GUTH, CHARLES G. GUTH, JR., JOHN T. WOODS, JR., and CHESTER A. MEHURIN, Appellants, and HARRY W. SHENTON, Defendant.— Order denying motion for a stay of proceedings affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur. [See ante, p. 749.]

In the Matter of the Petition of EDWARD E. DEAN for an Allowance for Services Rendered as Attorney for the Petitioner in a Proceeding Entitled in the Matter of the Application of JOSEPHINE C. DOLAN for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of MARY C. E. DOLAN, Deceased. EDWARD E. DEAN, Appellant; JAMES F. DEEHAN and MARY DEEHAN, as Executors, etc., of MARY C. E. DOLAN, Deceased, and THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Order of the Surrogate's Court of Queens county fixing an allowance to the petitioner in a proceeding to determine the validity of a provision in a will of the decedent affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.